DAVID J. MERRILL
Nevada Bar No. 6060
MORGAN F. SHAH
Nevada Bar No. 12490
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone: (702) 566-1935
Facsimile: (702) 993-8841
E-mail: david@djmerrillpc.com
Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DIMITRITZA TOROMANOVA, an Individual,

        Plaintiff,

vs.

WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; NATIONAL DEFAULT SERVICING CORP; and DOES 1-10, inclusive,

        Defendants.

Case No.: 2:12-cv-00328-GMN-(CWH)

**<u>STATEMENT CONCERNING REMOVAL</u>**

In accordance with the Minutes of the Court dated February 29, 2012 (Doc. 3), a copy of which is attached hereto, Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB ("Wells Fargo") submits the following statement concerning removal:

    1.    The date(s) on which you were served with a copy of the complaint in the removed action.

The plaintiff served Wells Fargo with a copy of the complaint on February 15, 2012.

1

2. The date(s) on which you were served with a copy of the summons.

The plaintiff served Wells Fargo with a copy of the summons on February 15, 2012.

3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy.

None of the served defendants are citizens of Nevada. Wells Fargo is a citizen of South Dakota. Wells Fargo is informed and believes that National Default Servicing Corporation is an Arizona corporation with its principal place of business in Arizona. Wells Fargo is informed and believes that the plaintiff is a citizen of Nevada. The plaintiff seeks an injunction preventing Wells Fargo from enforcing the deed of trust.

Toromanova alleges that she executed a promissory note (the "Note") and deed of trust (the "Deed of Trust") for the purchase of certain real property located at 2912 Hot Cider Avenue, North Las Vegas, Nevada 89031 (the "Property") in March 2006. The Note and Deed of Trust evidence a loan in the amount of $288,000. Toromanova asks this Court to enjoin all foreclosure or eviction activities with respect to the Property and, further, to rescind the Trustee's Deed and restore her "right of seisin in the land and its improvements," apparently seeking outright ownership of the Property. Accordingly, the amount in controversy exceeds $75,000.

4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.

Not applicable.

5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons the action should not summarily be remanded to the state court.

Not applicable.

6. The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

Not applicable.

DATED this 8th day of March 2012.

            DAVID J. MERRILL, P.C.

         By: _____
            DAVID J. MERRILL
            MORGAN F. SHAH
            10161 Park Run Drive, Suite 150
            Las Vegas, Nevada 89145
            (702) 566-1935
         Attorneys for WELLS FARGO BANK, N.A.

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 8th day of March 2012, service of the foregoing Statement Concerning Removal was made to all counsel in the action through the Court's CM/ECF system. In addition, service was made to the plaintiff by placing a copy in the United States Mail, postage prepaid and addressed to the plaintiff at her last known address:

    Dimitritza Toromanova
    2912 Hot Cider Avenue
    Las Vegas, Nevada  89031

*/s/*
An employee of David J. Merrill, P.C.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DIMITRITZA TOROMANOVA,

        Plaintiff(s),

vs.

WELLS FARGO BANK, N.A., et al.,

        Defendant(s).

2:12–cv–00328–GMN –CWH

MINUTES OF THE COURT

February 29, 2012

PRESENT:

The Honorable __Gloria M. Navarro__, U.S. District Judge

Deputy Clerk: __Molly Morrison__         Recorder/Reporter: __None Appearing__

Counsel for Plaintiff(s): __None Appearing__   Counsel for Defendant(s): __None Appearing__

**MINUTE ORDER IN CHAMBERS:**

    TO ALL PARTIES REMOVING ACTIONS TO THE COURT:

    You must, no later than fifteen (15) days from the date hereof, file and serve a signed statement under the above case number and caption that sets forth the following information:

1. The date(s) on which you were served with a copy of the complaint in the removed action.

2. The date(s) on which you were served with a copy of the summons.

3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy.

4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.

Minute Order Concerning Removal – 1

5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.

6. The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

**IT IS FURTHER ORDERED** that all defendants who joined in the notice of removal may file the statement required by the foregoing jointly.

**IT IS FURTHER ORDERED** that counsel shall have thirty (30) days within which to file a Joint Status Report which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto, and any prior court orders or other matters requiring the court's attention which have not previously been filed and are not available on the federal docket for review by this court. Please note that documents filed in the state case are not available to this court for review unless they are attached to the Petition for Removal, the Statement Regarding Removal, or re–filed in federal court.

**IT IS FURTHER ORDERED** that the removing defendant(s) shall serve a copy of this Order on all other parties to the action no later than the time they file and serve a copy of the Statement required by this Order. A party who learns that the Statement(s) filed pursuant to this Order contain(s) incorrect information shall promptly notify this court in writing.

**IT IS SO ORDERED.**

The date of the Clerk's file stamp shall constitute the date of this order.

LANCE S. WILSON, CLERK

By: /s/ Molly Morrison

Deputy Clerk

Minute Order Concerning Removal – 2