DAVID J. MERRILL
Nevada Bar No. 6060
MORGAN F. SHAH
Nevada Bar No. 12490
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone: (702) 566-1935
Facsimile: (702) 993-8841
E-mail: david@djmerrillpc.com
Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRITZA TOROMANOVA, an Individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WELLS FARGO BANK N.A.; WACHOVIA MORTGAGE, FSB; NATIONAL DEFAULT SERVICING CORP.; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.:    2:12-cv-00328-GMN-(CWH) |

**CERTIFICATE AS TO INTERESTED PARTIES**

The undersigned, counsel of record for Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB ("Wells Fargo"), certifies that the following have an interest in the outcome of this case:

Wells Fargo & Company is the only publicly held company that owns 10% or more of Wells Fargo's stock.  The following companies own Wells Fargo stock, but are either not publicly traded or do not own 10% or more of the stock:  Placer Sierra Bancshares, Greater Bay

1  Bancorp, Century Bancshares, Inc., WFC Holdings Corporation, Charter Holdings Inc., and
2  IBID, Inc.
3      These representations are made to enable judges of the Court to evaluate possible
4  disqualification or recusal.
5      DATED this 8th day of March 2012.

                                      DAVID J. MERRILL, P.C.

                                      By: _____
                                           DAVID J. MERRILL
                                           MORGAN F. SHAH
                                           10161 Park Run Drive, Suite 150
                                           Las Vegas, Nevada  89145
                                           (702) 566-1935
                              Attorneys for WELLS FARGO BANK, N.A.

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 8th day of March 2012, service of the foregoing Certificate as to Interested Parties was made to all counsel in the action through the Court's CM/ECF system.  In addition, service was made to the plaintiff by placing a copy in the United States Mail, postage prepaid and addressed to the plaintiff at her last known address:

> Dimitritza Toromanova
> 2912 Hot Cider Avenue
> North Las Vegas, Nevada  89031

*[signature]*
An employee of David J. Merrill, P.C.