UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRITZA TOROMANOVA, ) | Case No.: 2:12-cv-328-GMN-CWH |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, N.A.; WACHOVIA ) | |
| MORTGAGE, FSB; NATIONAL DEFAULT ) | |
| SERVICING CORP; and DOES 1-10, inclusive ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is Plaintiff Dimitritza Toromanova's Motion for Preliminary Injunction which is attached to the Amended Petition for Removal at Exhibit 3. (*See* Motion for PI, Ex. B, ECF No. 4–3.) Pro se Plaintiff filed suit on February 10, 2012 in the Eighth Judicial District Court for Clark County, Nevada, Case No. A-12-656295-C. (*See* Complaint, Ex. A, ECF No. 4–2.) Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB ("Wells Fargo") removed the case to this Court on February 29, 2012 based on diversity of citizenship. (Petition for Removal, ECF No. 1.)

A plaintiff requesting injunctive relief in the form of a temporary restraining order must demonstrate "that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). While Plaintiff does address these four factors, his motions do not contain any points and authorities in support thereof, let alone a compelling argument for the Court to grant a preliminary injunction. Failure to file points and authorities in support of the motion constitutes a consent to the denial of the motion under Local Rule 7-2(d). Accordingly the

Court denies the motion.

**IT IS HEREBY ORDERED** that Plaintiff Dimitritza Toromanova's Motion for Preliminary Injunction is **DENIED**.

**DATED** this 9th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge