1  DAVID J. MERRILL
   Nevada Bar No. 6060
2  MORGAN F. SHAH
   Nevada Bar No. 12490
3  DAVID J. MERRILL, P.C.
   10161 Park Run Drive, Suite 150
4  Las Vegas, Nevada  89145
   Telephone: (702) 566-1935
5  Facsimile: (702) 993-8841
   E-mail: david@djmerrillpc.com
6  Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRITZA TOROMANOVA, an Individual, | ) ) ) |
| Plaintiff, | ) Case No.: 2:12-cv-00328-GMN-(CWH) ) ) |
| vs. | ) ) |
| WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; NATIONAL DEFAULT SERVICING CORP; and DOES 1-10, inclusive, | ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

In accordance with the Minutes of the Court dated February 29, 2012 (Doc. 3), the plaintiff, Dimitritza Toromanova ("Toromanova"), and Defendants Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB ("Wells Fargo") and National Default Servicing Corporation ("NDSC") submit the following status report:

1

1. **Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.**

On March 7, 2012, Wells Fargo filed a Motion to Dismiss and to Expunge Lis Pendens (the "Motion").  (Doc. 6).  On March 20, 2012, NDSC filed a joinder to the Motion.  (Doc. 11).  On March 21, 2012, Toromanova filed an opposition to the Motion.  (Doc. 12).  On March 29, 2012, Toromanova filed an opposition to NDSC's joinder to the Motion.  (Doc. 13).  Wells Fargo's reply in support of the Motion is due no later than April 2, 2012.  NDSC's reply in support of the Motion is due no later than April 9, 2012.

2. **Include a statement by counsel of action required to be taken by this court.**

There are no matters that require action by the court at this time.  The Motion will be fully briefed and ready for the Court's consideration no later than April 9, 2012.

3. **Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention which have not previously been filed and are not available on the federal docket for review by this court.**

Not applicable.

DATED this 30th day of March 2012.

| DAVID J. MERRILL, P.C. | TIFFANY & BOSCO, P.A. |
|---|---|
| By: /s/ Morgan F. Shah<br>MORGAN F. SHAH<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>(702) 566-1935<br>Attorneys for WELLS FARGO BANK, N.A. | By: /s/ Kevin Soderstrom<br>KEVIN SODERSTROM<br>212 South Jones Boulevard<br>Las Vegas, Nevada 89107<br>(702) 258-8200<br>Attorneys for NATIONAL DEFAULT SERVICING CORPORATION |

By: /s/ Dimitritza Toromanova
DIMITRITZA TOROMANOVA
2912 Hot Cider Avenue
North Las Vegas, Nevada 89031
In Proper Person