CASE # 2:12-cv-00328-GMN-(CWH)

## CERTIFICATE OF SERVICE

This is to certify that I, _Dili Nquenova_, have forwarded this date of _July 19 2012_ a true and correct copy of the above and foregoing document by US Mail, postage fully prepaid to:

Gregory Wilde, ESQ.
212 S. Jones Blvd.
LV NV 89107

personaly served
accepted from:
[signature]
CHELSEA

---

David Merrill
10161 Park Run Dr.
LV, NV 89145
SEDM

personaly served
accepted from
[signature]

3

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHARLOTTE NC 28244

| | | |
|---|---|---|
| Postage | $ | $2.46 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.76 |

Postmark Here — JUL 24 2012 LAS VEGAS — 07/24/2012

Sent To: Office Pres. Golden W. Sav. Ass.
Street, Apt. No.; or PO Box No. Service Co, 201 S College St.
City, State, ZIP+4 #NC0700, Charlotte NC 28244

PS Form 3800, August 2006        See Reverse for Instructions

7012 1010 0000 4443 9116

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SAN ANTONIO TX 78251

| | | |
|---|---|---|
| Postage | $ | $2.46 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.76 |

Postmark Here — JUL 24 2012 LAS VEGAS — 07/24/2012

Sent To: Office Pres. Wachovia, World
Street, Apt. No.; or PO Box No. Savings Golden W. Sav. Ass. S
City, State, ZIP+4 Co, 4101 Wiseman Bl, San Antonio

PS Form 3800, August 2006        See Reverse for Instructions

7012 1010 0000 4443 9116

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office President
Wachovia, World Savings
Golden W. Sav. Ass Serv. Co.
4101 Wiseman Blv
San Antonio, TX 78251

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _K.B._   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): KIM Burne
C. Date of Delivery: 7/26

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7012 1010 0000 4443 9116

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540