Dimitriza Toromanova, Plaintiff
2912 Hot Cider Avenue
Las Vegas, NV 89031
(702) 791-764

2012 AUG 20  A 9: 35

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRIZA TOROMANOVA,<br>                    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br>                    Defendants. | Case No.: 2:12-cv-00328-GMN-(CWH)<br><br>PLAINTIFF'S REQUEST TO EXTEND TIME - FRCP 6(b)(1)(A) |

I recently received my service copy of "MINUTES OF THE COURT."[1] I see under the heading "Motion to Dismiss Fed. R. Civ. P. 12(b)(6)" the court said the "nonmoving party") must file points and authorities in opposition to that motion within fourteen (14) days after service of the motion." The motion's Certificate of Service shows it was mailed to me on the 6th.

I intend to file and serve my "points and authorities in opposition." However, I cannot complete my appropriate opposition by the 20th. I was recently evicted by force from my home. My case files and other materials I need to hold up my end of this case are no longer organized and at hand. Along with finding a place to live I must piece together what I have for that opposition. Therefore I request this court extend my time to file and serve that opposition to Tuesday, September 4th.

---

1 *See Docket* #25 which the court also called "MINUTE ORDER IN CHAMBERS"

Page 1 - PLAINTIFF'S REQUEST TO EXTEND TIME

I do not make this Request for any improper purpose whatsoever. I do not see how any prejudice to Defendants or their attorneys could result from this Request being allowed.

### RELIEF REQUESTED

This court's order or other allowance according to FRCP 6(b)(1)(A) to extend my time to file and serve my "points and authorities in opposition" to Defendants' Motion to Dismiss[2] to Tuesday, September 4th.

If I receive nothing contrary from this court on this matter, I will assume the way is clear and I will so file and serve.

I expressly reserve the right to amend or supplement this Request if I believe it is needed. I also reserve my right to have the court construe this Request according to FRCP 1 and 8(e) and applicable law.

CERTIFICATE OF SERVICE: I certify that on this date I did serve a true copy of this Request on Defendants' attorney of record by regular mail.

*Submitted with all rights reserved on August 20, 2012*

                                                             Dimitriza Toromanova, Plaintiff

---

2 Docket #23

Page 2 - PLAINTIFF'S REQUEST TO EXTEND TIME