✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Nevada _____

Dimitritza Toromanova,

                                 Plaintiff,

V.

Wells Fargo Bank, N.A., et al.,

                                 Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:12-cv-00328-GMN-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Defendant Wells Fargo and against Plaintiff in the amount of $8,964.00 for attorneys fees, $353.50 in taxable costs, and $387.07 in non-taxable costs.

November 21, 2013

_____
Date

/s/ Lance S. Wilson
_____
Clerk

/s/ Summer Rivera
_____
 (By) Deputy Clerk